■ ROBERT CALLAHAN et al., Respondents, v HUGH L. CAREY, as Governor of the State of New York et al., Appellants. LOUISE F. ELDREDGE et al., Respondents, v EDWARD I. KOCH, as Mayor of the City of New York, et al., Appellants. In the Matter of COUNCIL OF THE CITY OF NEW YORK, Respondent, v DEPARTMENT OF HOMELESS SERVICES OF THE CITY OF NEW YORK et al., Appellants. [959 NYS2d 427]—Appeals having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Judith J. Gische, J.), entered March

16, 2012, and said appeals having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the order so appealed from be and the same is hereby affirmed for the reasons stated by Judith J. Gische, J., without costs and disbursements. Concur—Sweeny, J.P., Saxe, DeGrasse, Abdus-Salaam and Feinman, JJ. **[Prior Case History: 2012 NY Slip Op 30400(U).]**